IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KETERIA SMITH and DAVAUN    *
COTTON, *individually and as*
*parents and next friends of*    *
*K.C., a minor,*
                             *
     Plaintiffs,
                             *
vs.                          CASE NO. 4:19-CV-152 (CDL)
                             *
CAITLYN DOWNS, KELLY MCNANY,
LIFEPOINT HEALTH, INC., and ST. *
FRANCIS HEALTH, LLC,
                             *
     Defendants.
                             *

## O R D E R

       This action was removed from the State Court of Muscogee County because two of the Defendants asserted that they were deemed federal employees and that the United States should be substituted in their place. The Court granted those two Defendants' motion to substitute and ordered that the United States be substituted as the party defendant in place of Dr. Kamesha Harbison, M.D. and Valley Healthcare System, Inc. Order (Oct. 22, 2020), ECF No. 50. The Court later dismissed Plaintiffs' claims against the United States. Order (July 20, 2021), ECF No. 60. There are no claims remaining over which the Court has original jurisdiction; the only remaining claims are state law claims against Caitlyn Downs, Kelly McNany, Lifepoint Health, Inc., and St. Francis Health, LLC. The Court ordered

the parties to show cause why the remaining claims in this action should not be remanded to the State Court of Muscogee County.  The remaining parties did not respond to the show cause order.  Accordingly, this action is remanded to the State Court of Muscogee County.

IT IS SO ORDERED, this 17th day of December, 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA