IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KETERIA SMITH and DAVAUN COTTON, *<br>*individually and as parents and next friends of*<br>*K.C., a minor,* * | |
| * | Case No.  4:19-CV-152 (CDL) |
| Plaintiffs, * | |
| v. | |
| * | |
| CAITLYN DOWNS, KELLY MCNANY,<br>LIFEPOINTE HEALTHIN INC., and ST. *<br>FRANCIS HEALTH, LLC , | |
| Defendants. | |

## J U D G M E N T

Pursuant to this Court's Order dated December 17, 2021, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Muscogee County, Georgia.

This 17th day of December, 2021.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk